JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
FRANK D. KORTUM, AUSA
California State Bar No. 110984
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-5710; Fax: (213) 894-7189
    E-mail: frank.kortum@usdoj.gov
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
CHRISTOPHER TERRANOVA
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 616-4203; Fax: (202) 514-0280
    E-mail: Christopher.Terranova@usdoj.gov
Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
12/4/2018
CENTRAL DISTRICT OF CALIFORNIA
BY:   LB   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. SACV 15-01796 AG (JCGx)<br><br>ORDER RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF INTERVENTION-IN-PART AND DECLINATION-IN-PART FOR PURPOSE OF SETTLEMENT; AND STIPULATION RE UNSEALING OF CASE] |

JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
FRANK D. KORTUM, AUSA
California State Bar No. 110984
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-5710; Fax: (213) 894-7189
    E-mail: frank.kortum@usdoj.gov
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
CHRISTOPHER TERRANOVA
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 616-4203; Fax: (202) 514-0280
    E-mail: Christopher.Terranova@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY FAATZ,<br><br>Plaintiffs,<br><br>v.<br><br>COVIDIEN PLC and EV3, INC.,<br><br>Defendants. | No. SACV 15-01796 AG (JCGx)<br><br>ORDER RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF INTERVENTION-IN-PART AND DECLINATION-IN-PART FOR PURPOSE OF SETTLEMENT; AND STIPULATION RE UNSEALING OF CASE] |

The United States having intervened in part in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and the United States and Relator Jeffrey Faatz (the "Relator") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below.

2. The Complaint, this Order, and the United States' Notice of Intervention-in-Part and Declination in Part for Purposes of Settlement; and Stipulation re Unsealing of Case, are unsealed;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

IT IS SO ORDERED.

Dated: December 4, 2018

UNITED STATES DISTRICT JUDGE
ANDREW J GUILFORD

1

## **PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **November 30, 2018**, I served the **[PROPOSED] ORDER RE UNSEALING OF CASE** on each person or entity named below by enclosing a copy thereof in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **November 30, 2018**. Place of Mailing: Los Angeles, CA    Person(s) and/or Entity(s) to whom mailed:

Shane C. Stafford
19200 Von Karman Avenue, Suite 400
Irvine, CA 92612

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on **November 30, 2018** at Los Angeles, California.

_____
ROSALIN R. DAVIS

2